IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
EASTERN DIVISION

JOE MACK CURRY                                                                PLAINTIFF

VS.                                               CIVIL ACTION NO. 4:08-CV-00105-TSL-LRA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY; J.R. BROWN;
TIME INSURANCE COMPANY f/k/a FORTIS;
AND JOHN & JANE DOES 1-10                                                  DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the joint *ore tenus* motion of the Plaintiff, Joe Mack Curry, and Time Insurance Company, the remaining defendant in this case, to dismiss this cause, with prejudice, and the Court, being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be adjudicated or determined by the Court, finds that the same should be dismissed with prejudice in its entirety as to all parties and all claims.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and hereby is, dismissed with prejudice in its entirety, as to all parties and claims, with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 5th day of October, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:


  */s/ John D. Smallwood*
John D. Smallwood (MSB # 9760)
Thomas T. Buchanan (MSB # 7022)
TUCKER BUCHANAN, P.A.
Post Office Box 4326
Laurel, Mississippi  39441

COUNSEL FOR PLAINTIFF


  */s/ Lana E. Gillon*
Walter D. Willson (MSB # 7291)
Lana E. Gillon (MSB # 9548)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131

COUNSEL FOR DEFENDANT